IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEOFILO ASENCIO GARCIA,

        Petitioner,                No.  2:12-cv-1060 KJM GGH P

    vs.

RANDY GROUNDS,

        Respondent.             ORDER

_____/

        Petitioner filed a response to the January 10, 2013 order to show cause on February 22, 2013 regarding his assertion of equitable tolling.  (Dkt. no. 20.)

        Good cause appearing, IT IS HEREBY ORDERED that: Respondent may file a response to petitioner's filing within **fourteen** days of this order.  No extensions of time will be granted.

DATED: March 6, 2013

                              /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:076
garc1060.resp